TRINACRIA IMPORTING CO. *v.* UNITED STATES

**No. 6608.**—Invoice dated Deerlick, Belgium, April 13, 1939.
Certified April 14, 1939.
Entered at New York, N. Y., May 1, 1939.
Entry No. 838934.

(Decided December 12, 1946)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed, subject to the approval of the court, that the merchandise and issues in the above appeal, is the same in all material respects as the merchandise and issues cited in *United States* v. *Stephen Rug Mills*, Reap. Dec. No. 6283 and that the record in said case may be incorporated herein.

It is further stipulated and agreed, subject to the approval of the court, that the market value or price at the time of exportation of the merchandise involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of containers

and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States is the value as invoiced.

It is further stipulated and agreed that there was no foreign value for the merchandise herein at the time of exportation.

It is further stipulated and agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value is the value as invoiced.

Judgment will be rendered accordingly.